UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID ASBURRY,<br><br>           Plaintiff,<br><br>      v.<br><br>CHAD HEATON,<br><br>           Defendant. | NO. CV-09-388-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed April 8, 2011 (ECF No. 17), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter

///

//

/

ORDER * 1

1  this Order and distribute copies to counsel.

2  **DATED** this   11th   day of April 2011.

3

4                    S/ Edward F. Shea
                      EDWARD F. SHEA
5                United States District Judge

6  Q:\Civil\2009\388.dismiss.wpd

ORDER * 2